IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01845-BNB

BARBARA ALLEN QUICK,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
                        CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01845-BNB

Barbara Allen Quick
2415 - 6th Avenue, Apt. #1
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk