IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1845-AP**

**BARBARA ALLEN QUICK,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On August 25, 2008 the Plaintiff filed her complaint seeking judicial review of the final decision of the Defendant denying her claim for social security disability insurance benefits. On May 22, 2008, the Defendant's Appeals Council issued notice denying review and thus the decision of the Administrative Law Judge became final. More than sixty days elapsed between the notice from the Appeals Council and the date of the filing of this action. It appears, therefore, that the initiation of this action was not timely.

Because the statute of limitations is an affirmative defense, the Plaintiff's case was accepted for filing, but on November 25, 2008, defendant filed a Motion to Dismiss (doc. #16) based on the Plaintiff's failure to file a timely appeal. The 60-day time limitation is strictly enforced and this court is without authority to do otherwise than to grant the Motion to Dismiss. It is, therefore

ORDERED that this civil action is DISMISSED for the reasons stated above.

Dated this 3rd day of December, 2008.

BY THE COURT:

***S/John L. Kane***
John L. Kane, Senior Judge
United States District Court